```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

IBRIHAMA BAH,                         :

    Petitioner,                   :

v.                                    :

                                      CIVIL ACTION 08-0079-KD-M

MICHAEL B. MUKASEY,                   :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,               :

    Respondents.                  :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this petition be DENIED and that this action be DISMISSED as MOOT.

DONE this 21st day of July, 2008.

                                /s/ Kristi K. DuBose
                                **KRISTI K. DuBOSE**
                                **UNITED STATES DISTRICT JUDGE**